UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, *et al.*,<br><br>                    Plaintiffs,<br>         v.<br><br>EFFICIENT ENERGY CONCEPTS, INC.,<br><br>                    Defendant.<br>_____/ | No. C 11-02626 LB<br><br>**ORDER INVITING PLAINTIFFS TO APPEAR BY TELEPHONE** |

This case is on this court's calendar on 12/15/11 at 11 a.m. on Plaintiffs' motion for default judgment. Defendant has not appeared. The court keeps the matter on calendar only in an abundance of caution but invites Plaintiffs' counsel to appear by telephone to minimize costs and any disruption to counsel's schedule.

**IT IS SO ORDERED.**

Dated: December 12, 2011

_____
LAUREL BEELER
United States Magistrate Judge