UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL WORKERS HEALTH CARE PLAN, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 162 VACATION, HOLIDAY SAVINGS PLAN; DENNIS CANEVARI,<br><br>Plaintiffs,<br><br>vs.<br><br>EFFICIENT ENERGY CONCEPTS, INC., a California corporation,<br><br>Defendant. | Case No: C 11-2626 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Accepting Report and Recommendation,

IT IS HEREBY ORDERED THAT final judgment in favor of Plaintiffs shall be entered against Defendant Efficient Energy Concepts, Inc. in the amount of: $9,668.60 for delinquent contributions; $6,832.88 in liquidated damages; $989.52 in interest; $446.00 in costs; and $740.00 in attorney's fees.

IT IS SO ORDERED.

Dated: January 17, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge